FILE COPY

RE: Case No. 15-0527            DATE: 11/6/2015
COA #: 13-12-00711-CV    TC#: CL-05-1445-G
STYLE: HERIBERTO DE LA GARZA D/B/A LUDY'S ROPA USADA
   v. DALIA RAMIREZ D/B/A LOS BALDOS ROPA USADA, LALO
      RAMIREZ D/B/A LOS BALDOS ROPA USADA, MARIA
      MARTINEZ D/B/A LOS BALDOS ROPA USADA, AND THE
      HEIRS OF JUAN FRANCISCO MARTINEZ

   Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review.

                MR. ARTURO GUAJARDO JR.
                COUNTY CLERK OF HIDALGO CO.
                PO BOX 58
                EDINBURG, TX  78540

FILE COPY

RE: Case No. 15-0527          DATE: 11/6/2015
COA #: 13-12-00711-CV     TC#: CL-05-1445-G
STYLE: HERIBERTO DE LA GARZA D/B/A LUDY'S ROPA USADA
    v. DALIA RAMIREZ D/B/A LOS BALDOS ROPA USADA, LALO
      RAMIREZ D/B/A LOS BALDOS ROPA USADA, MARIA
      MARTINEZ D/B/A LOS BALDOS ROPA USADA, AND THE
      HEIRS OF JUAN FRANCISCO MARTINEZ

    Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review.

                MS. AUDRA CRUZ
                LAW OFFICE OF GARCIA, QUINTANILLA
                & PALACIOS
                5526 N 10TH ST
                MCALLEN, TX   78504-2713

FILE COPY

RE: Case No. 15-0527                     DATE: 11/6/2015
COA #: 13-12-00711-CV     TC#: CL-05-1445-G
STYLE: HERIBERTO DE LA GARZA D/B/A LUDY'S ROPA USADA
    v. DALIA RAMIREZ D/B/A LOS BALDOS ROPA USADA, LALO
        RAMIREZ D/B/A LOS BALDOS ROPA USADA, MARIA
        MARTINEZ D/B/A LOS BALDOS ROPA USADA, AND THE
        HEIRS OF JUAN FRANCISCO MARTINEZ

     Today the Supreme Court of Texas denied the motion
for rehearing of the above-referenced petition for
review.

                    MS. DORIAN E. RAMIREZ
                    CLERK, THIRTEENTH COURT OF
                    APPEALS
                    901 LEOPARD STREET, 10TH FLOOR
                    CORPUS CHRISTI, TX  78401

RE: Case No. 15-0527                    DATE: 11/6/2015
COA #: 13-12-00711-CV     TC#: CL-05-1445-G
STYLE: HERIBERTO DE LA GARZA D/B/A LUDY'S ROPA USADA
   v. DALIA RAMIREZ D/B/A LOS BALDOS ROPA USADA, LALO
      RAMIREZ D/B/A LOS BALDOS ROPA USADA, MARIA
      MARTINEZ D/B/A LOS BALDOS ROPA USADA, AND THE
      HEIRS OF JUAN FRANCISCO MARTINEZ

   Today the Supreme Court of Texas denied the motion
for rehearing of the above-referenced petition for
review.

                    MR. JOHN DAVID FRANZ
                    LAW OFFICE OF JOHN DAVID FRANZ
                    400 N. MCCOLL, SUITE B
                    MCALLEN, TX  78501

FILE COPY

RE: Case No. 15-0527              DATE: 11/6/2015
COA #: 13-12-00711-CV    TC#: CL-05-1445-G
STYLE: HERIBERTO DE LA GARZA D/B/A LUDY'S ROPA USADA
   v. DALIA RAMIREZ D/B/A LOS BALDOS ROPA USADA, LALO
      RAMIREZ D/B/A LOS BALDOS ROPA USADA, MARIA
      MARTINEZ D/B/A LOS BALDOS ROPA USADA, AND THE
      HEIRS OF JUAN FRANCISCO MARTINEZ

    Today the Supreme Court of Texas denied the motion
for rehearing of the above-referenced petition for
review.

                  MR. MICHAEL SHANE PARSON
                  LIVESAY LAW OFFICE
                  BRAZOS SUITE NO. 9
                  517 WEST NOLANA
                  MCALLEN, TX  78504